UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

CAMILE SIANO ENDERS,

          *Plaintiff,*

   -against-

JERRY BOONE, et al.

          *Defendants.*
_____

**DECLARATION**

19-CV-00948
(BKS/CMF)

   Lynn Rivers, on the date noted below and pursuant to 28 U.S.C. §1746, declares the following to be true and correct under penalty of perjury under the laws of the United States:

   1.  I am not a Defendant in this action, but I submit this declaration in support of the Defendants' motion for summary judgment.

   2.  This declaration is based upon my personal knowledge and my review of the exhibits to this declaration.

   3.  I worked at the New York State Department of Taxation and Finance ("DTF") as an administrative assistant.

   4.  In the spring and summer of 2016, I worked directly for Plaintiff Camile Siano Enders. My desk was right outside of her office. At the time, she was Deputy Commissioner and Director of the Bureau of Conciliation and Mediation Services ("BCMS").

   5.  In early April of 2016, Deputy Commissioner and Ethics Officer Margaret Neri asked me to keep track of Plaintiff's campaign activities while she was at DTF. Deputy Commissioner Neri specifically asked that I be watchful about Plaintiff's time and attendance as well as anything that would be ethically inappropriate, such as the conduct of non-DTF business.

1

6.  Defendants Jerry Boone, Honora Manion, and Mary Starr were not present when Deputy Commissioner Neri asked me to keep track of Plaintiff's activity.

7.  I kept contemporaneous written notes, which I typed up and provided to Deputy Commissioner Neri. Attached as **Exhibit A** is a true and correct copy of the typed notes I kept.

8.  I also wrote an affidavit—which is substantially similar to my notes—about Plaintiff for DTF's Office of Internal Affairs. A true and correct copy my affidavit is attached to this declaration as **Exhibit B**.

9.  On numerous occasions in the spring and summer of 2016, I overheard Plaintiff discussing her political campaign with fellow Deputy Commissioner Richard Ernst while at DTF.

10. On numerous occasions in the spring and summer of 2016, I overheard Plaintiff on the phone while at DTF discussing her political campaign.

11. On June 13, 2016, Plaintiff discussed upcoming political events with the staff of BCMS while at the DTF office.

12. While at the DTF office, Plaintiff provided me with an emery board promoting her campaign and with campaign literature.

13. Also while at the DTF office, Plaintiff asked me to review headshots for her political campaign.

14. On one occasion in the spring or summer of 2016, Plaintiff asked me for my home address. I felt obligated to provide Plaintiff my address because she was my supervisor.

15. In early August 2016, I received at my home address an invitation for a fundraiser Plaintiff's political campaign. The invitation suggested a donation of between $25 to $250. A true and correct copy the invitation and the envelope in which I received it is attached to this declaration as **Exhibit C**.

16. Plaintiff repeatedly discussed her political campaign with DTF personnel while at DTF. Further, Plaintiff also made phone calls about her political campaign while at DTF. Finally, while I was at work at DTF, Plaintiff requested that I provide her my home address, and then she sent me a solicitation for money to that address.

17. I accordingly ask the Court to grant Defendants' motion for summary judgment in its entirety.

Dated: July 19, 2022
Scotia, New York

_____
LYNN RIVERS

Lynn A. Rivers
[redacted]
Scotia, NY 12302

# Exhibit A

- 4/4 – Camille had a mtg. w/ BCMS supervisors/secretary to announce running for Supreme Court Judge & said it wouldn't affect this job & she'd be taking very little time off for same; then at end of same meeting stated she would be in late two (4/7/ & 4/8(?)) mornings due to breakfast campaign strategy meetings.

- 4/5 – Camille met with all BCMS staff via video conference to announce running for Supreme Court Judge.

- 4/7 – She came in (9:30) late due to breakfast campaign strategy meeting.

- 4/8 (?) – CSE arrived (10:00) late due to breakfast campaign strategy meeting.

- 4/8 – Camille ordered new/2nd cell. phone for campaign use, which will be left in the car.

- 4/11 – She met friend(s) downtown for extended political lunch (approx. 11:45-1:45).

- 4/15 – Camille left (2:30) early.*

- 4/18 – Camille took a long (11:30 – 1:00) lunch.

- 4/21 – She made calls outside/in car during lunch (12:0 0 – 1:30).

- 4/26 – She left (2:00) early to travel to Canton, NY for campaign event.

- 4/27 – Camille left (2:00) early.*

- 5/9 – She came in (10:00) late following political event breakfast.

- 5/10 – Camille arrived (10:30) late, due to a political breakfast meeting.

- 5/11 – She engaged in political business discussion on personal cell. phone in office (approximately 3:45 pm).

- 5/13 – She left (11:15) early for 2 political events: afternoon & evening (Lake Placid).

- 5/16 – Camille left (3:30) early.*

- 5/19 – Camille was involved in a political discussion re: fundraising on personal cell. phone while in the office (approximately 4:45 pm).

- 5/20 – CSE took a day off for Political business/networking (?).

- 5/23 – She arrived (11:00) late after attending early Democratic networking event.

- 5/24 – Camille left (3:30) early.*

- 5/25 – Camille was engaged in discussion with campaign associate regarding town politics & fundraising (4:15 – 4:45 pm) on personal cell. phone from office.

- 5/26 – Camille left (1:00) early to travel to political event in Lake Placid.

- 6/1 – She received a political-related call on her personal cell. phone at work, but said she couldn't talk about this now or on this phone at approx. 2:15 pm. Left (3:30) early. *

- 6/3 – Camille arrived late (10:45) from Dr. appt., then left for political 'working lunch' with a friend downtown (11:45 – 2:15) & later went to her car to make calls (approx. 2:45 – 3:15).

Notes: * = This indicates a date where Camille left early was to travel to a district that was far distance away & she was accompanied by Richard Ernst, but I don't know/recall the exact date & was unable to match it up on her/his calendars with my notes. Also, they have conversations during most days in sometimes hushed tones, but the subject is sometimes political & sometimes there are papers that are "buried" if someone walks by or into the office.

Commission Task Force Meetings: 4/20, 5/18, 6/15, 7/20, 8/17, 9/21 & 10/19 (scheduled for 2016 year, so far). (Note: Conducted via conference call from 9:30 –11:30 & personal time is charged.)

Also, approximately during mid-month of May or so, it seemed apparent that Camille was 'tipped off' that she was being watched & she started becoming more compliant w/ the guidelines laid down by the Comr. & Ethics Officer (i.e., using 2nd cell. phone, taking time at lunch or late afternoon to go out to her car to make/receive political-related calls, more careful of 'political talk' in the office, etc.). I highly suspect that she was told by another source that she is to be very careful about what she says/does & is being watched. My theory is any one or all of the following: Richard Ernst, Barry Ginsberg &/or Rob Plattner. It seems like she can 'behave' & be compliant for a while, but just cannot seem to make this adjustment all of the time & feels entitlement to be able to do as she pleases in order to promote herself/her campaign by "taking care of business" any where or any time that she needs/wants to do so.

- 6/9/16 - CSE left at 1:30 to travel to Canton, NY for a political event. CAS

- 6/10/16 – At 10:30 (?) CSE complained to R. Ernst & B. Ginsburg regarding P. Neri being mean to her & asking their opinions/interpretations regarding sending e-mails to DTF addresses & if it was illegal or not.

- 6/10/16 – CSE went to her car to make political phone calls at 1:15, which was after taking a walk & eating lunch in her office (I thought these were to be done before/after work, on break or at lunch only) & grumbled about having to go outside when it was so hot in the car.

- 6/13/16 – CSE & R. Ernst were discussing upcoming political events in his office (11:00 – 11:15).

- 6/13/16 – CSE & R. Ernst discussed upcoming political events w/ staff at BCMS Service Awards Lunch/presentation (12:30 – 12:45).

- 6/16/16 – CSE was discussing political strategies with R. Ernst & was given one of her political advertising 'palm cards' (4:00-4:15).

- 6/24/16 (?) – CSE left (12:00) early to travel to Plattsburg, NY for a political event.

- 6/29/16 – CSE & R. Ernst discussed wording for political info. to be sent by her friend/campaign staffer (Stacey) & whether to use mail or via e-mail w/ attachments (10:45 – 11:00 & 4:20– 4:35).

- 6/30/16 – CSE in (9:15) late & took long lunch (11:45 – 2:10) & left for the day at 3:00 to travel to Essex Co. with R. Ernst (only charged time from 3:00 – 4:30).

- 6/30/16 – CSE & R. Ernst discussed when to leave & where to meet addl. people, directions to political event in Essex Co. ( both charged time when they left early) during the day (11:45 & 2:10 pm). R. Ernst then texted CSE's friend/political campaign staffer (Stacey) directions.

- 6/30/16 – CSE & R. Ernst left early (3:00) to travel together to Essex Co. for a political event.

- 7/1/16 – CSE & R. Ernst discussed events of the day before throughout the day (i.e., trip, event & viewed on-line (Facebook?) pictures, etc.).

- 7/1/16 - CSE discussed having a political fundraiser she was planning at a Schenectady Wine Bar (talked about scheduling for 7/12/16) & invited me to attend, but asked for my home address to send the invitation (as of 7/11/16, no invitation sent).

- 7/5/16 – CSE sent email that she was taking off the morning, but would be in later in the day. Also, per R. Ernst from an e-mail he received from her, he told me that she was very tired from her busy political schedule over the wknd. Then later in the day, she emailed again to stay that she wouldn't be coming in at all.

- 7/5/16 – R. Ernst showed me some pictures/campaign advertising that she had posted on Facebook in the office.

- 7/7/16 – CSE & R. Ernst discussed political strategies on how to best run her campaign (i.e., wording of e-mails, staff, etc.)

DEFS000741

- 7/21/16 – CSE came in (9:15 a.m. late & w/ no calendar entry/time used) & did not call/text/e-mail indicating same.

- 7/21/16 – CSE & RE discussed political contacts & shared texts regarding campaign contributions (9:30 – 9:45 a.m.).

- 7/21/16 – CSE & RE discussing political events scheduled for upcoming weekend that they'll be attending & made travel plans (10:00 – 10:15 a.m.).

- 7/25/16 – CSE & RE talked about discussion/texts with Stacey regarding her political campaign & their trip to the Saratoga Co. Fair over the weekend.

- 7/26/16 – Camille & Richard discussed her political campaign, strategies & staff in her office (8:45 – 9:00 a.m.). Richard received a letter at the office (see attached) to vouch for/be a reference for Camille. They also discussed upcoming political events & travels in her office (11:30 – 11:50 a.m.).

- 7/26/16 – Richard made political calls from his personal cell. phone during work hours from his office regarding upcoming event (11:45 – 12:15 p.m.).

- 7/27/16 – Camille left early (4:00 p.m.) for a trip to Gouvenor, NY (3 hrs. away) for a political event.

- 7/29/16 – Richard received several calls (3) on the work (OPR) phone (main/public phone line) from the Board of Elections (474-6220) & last one was at approx. 3:57 p.m.

- 7/29 – R. ERNST WENT TO HIS CAR TO MAKE PHONE CALLS ON PERS. CELL. PHONE (FOR APPROX. 20 MINS.)

DEFS000742

- 8/4/16 – Richard Ernst received a phone call (1:33 p.m./see attached copy of written phone message) at work (on main/published/ secretary's phone line) from Laurie Paro (315-854-4036/cell. ph.) who is with The Independent Judicial Election Qualification Commission to get a reference from him for Camille.

(<u>NOTE</u>: Camille & Richard have numerous discussions regarding her political campaign, upcoming events & fundraising, etc. several times during the work day & very nearly every single day throughout the course of each day; while also sharing info. on phone calls & texts, as well as updates on her FaceBook page (i.e., how many 'likes' she now has), upcoming political events & locations to make appearances, etc.)

Please see copies of letters to rep. & t/p that she sent dealing with specific issues & staff are not in agreement with how they are handled or how she does/words the correspondence.

# Exhibit B

New York State Department of Taxation and Finance
Office of Internal Affairs

OIA-23
(1/14)

## Affidavit

State of New York
County of ALBANY

I, LYNN RIVERS, Date of birth [REDACTED] 60, state that:

I work at NYS DTF AS A SEC. II G-15 AT THE NEW YORK STATE DEPT. OF TAX. & FINANCE AS A SECRETARY 2 AT BCMS, BLDG. 9, RM. 180, 1ST FLOOR, STATE OFFICE CAMPUS, ALBANY, NY 12227. (BCMS = BUREAU OF CONCILIATION & MEDIATION SERVICES) I HAVE WORKED IN BCMS FOR APPROX. 5 YEARS, & I AM A TAX EMPLOYEE FOR 35.5 YRS.

Page 1 of 5

(1) 4/7/16 — CAMILLE SIANO ENDERS ARRIVED LATE TO WORK (9:30) DUE TO A BREAKFAST MEETING ON CAMPAIGN STRATEGY.

4/11/16 — CAMILLE SIANO ENDERS MET A FRIEND(S) DOWNTOWN TO DISCUSS POLITICAL CAMPAIGN STRATEGIES FOR AN EXTENDED LUNCH (11:45 - 1:45).

4/15/16 — CAMILLE SIANO ENDERS ("CAMILLE") LEFT AT 2:30 TO TRAVEL FOR A POLITICAL EVENT.

I have read the foregoing statement consisting of 5 page(s). I made this statement freely and voluntarily, without any threats or rewards or promises of reward having been made to me in return for it.

I understand that knowingly making a false written statement is punishable as a Class A Misdemeanor pursuant to section 210.45 of the New York State Penal Law.

Subscribed and sworn to before me this 9th day of August, 2016 at 1:24 pm WA Harriman Campus

Name: Michele Smilofske
Bldg 8 Rm 938 Albany NY
Signature: [signed]
Title: Criminal Investigator

Signature of affiant: [signed] Lynn A. Rivers

Printed name of witness: A. Delgiacco
Signature of witness: [signed]

DEFS000722



New York State Department of Taxation and Finance
Office of Internal Affairs

**Affidavit Continuation**

OIA-23-C
(1/14)

Affiant's name: Lynn A. Rivers
Page 2 of 5    Date 8-9-16

Affiant's initials: (LR)
Witness's initials: (AD)

- 4/18/16 – Camille took a long lunch (11:30-1:00) to place calls for her campaign business from her car.
- 4/21/16 – Camille made political calls from her car (from 12:00-1:30) using 2nd cell phone.
- 4/26/16 – Camille left early (2:00) to go to Canton, NY for a political event.
- 5/9/16 – Camille came in late (10:00) after attending a political event breakfast.
- 5/10/16 – Camille arrived to work late (10:30) after attending a b'fast political event/mtg.
- 5/11/16 – Camille used her pers. cell ph. in office to discuss her political campaign from (3:45-4:05 p.m.)
- 5/13/16 – Camille left early (11:15) to attend 2 political events/drive to Lk. Placid, NY.
- 5/19/16 – Camille used pers. cell ph. in her office & discussed political campaign (4:45-5:00+).
- 5/23/16 – Camille arrived late (11:00) to work following a political networking event.
- 5/25/16 – Camille engaged in a campaign discussion w/ a staffer & discussed town politics & fundraising on her pers. cell ph. & in her office during work hrs. (4:15-4:45 pm).
- 5/26/16 – Camille left early (1:00) to travel to Lake Placid for a political event. (LR)



New York State Department of Taxation and Finance
Office of Internal Affairs

**Affidavit Continuation**

OIA-23-C
(1/14)

Affiant's name: LYNN A. RIVERS

Page 3 of 5     Date 8-9-16

Affiant's initials: (R)
Witness's initials: (AD)

- 6/1/16 - CAMILLE REC'D. A POLITICAL-RELATED CALL AT WORK ON THE OFFICE PHONE & STATED SHE "COULD NOT TALK ABOUT THIS RIGHT NOW" (AT 2:15 P.M.).
- 6/3/16 - CAMILLE ARRIVED (10:45) LATE FROM DR. APPT. (CHARGED TIME?), THEN MET A FRIEND DOWNTOWN FOR A POLITICAL-RELATED "WORKING LUNCH" (11:45 - 2:15 P.M.) & AFTER HER RETURN WENT TO HER CAR TO MAKE POLITICAL CALLS (2:45 - 3:15 P.M.)
- 6/9/16 - CAMILLE LEFT (AT 1:30) EARLY FOR A POLITICAL EVENT HELD IN CANTON, NY.
- (R) 6/10/16 - CAMILLE WENT TO HER CAR TO MAKE POLITICAL-RELATED PHONE CALLS AT 1:15, AFTER ALREADY TAKING LUNCH AND GOING FOR A WALK.
- 6/13/16 - CAMILLE & RICHARD ERNST DISCUSSED UPCOMING POLITICAL EVENTS IN HIS OFFICE (11:00 - 11:15).
- 6/13/16 - CAMILLE DISCUSSED HER CAMPAIGN/UPCOMING POLITICAL EVENTS AT STAFF LUNCH (IN OUR OFFICE) (@ 12:30 - 12:45 P.M.).
- 6/16/16 - CAMILLE & RICHARD ERNST DISCUSSED POLITICAL STRATEGIES/UPCOMING POLITICAL EVENTS & STAFF (CAMPAIGN WORKERS) & WAS GIVEN (R) A POLITICAL 'PALM CARD' OF HERS (IN TOP DRAWER OF (HIS)(R) DESK) IN HIS OFFICE (@ 4:00 - 4:15 P.M.).
- 6/29/16 - CAMILLE & RICHARD ERNST DISCUSSED WORDING FOR POLITICAL INFO. TO SEND/TEXT TO HER FRIEND/CAMPAIGN STAFFER (R) ~~(TRACY)~~ (STACEY) & WHETHER TO USE MAIL VS. E-MAIL TO SEND LTR./ATTACHMENTS (10:45 - 11:00 A.M. & 4:20 - 4:35 P.M.)

DEFS000724



New York State Department of Taxation and Finance
Office of Internal Affairs
**Affidavit Continuation**

OIA-23-C
(1/14)

Affiant's name: LYNN A. RIVERS
Page 4 of 9
Date: 8-9-16
Affiant's initials: [initials]
Witness's initials: [initials]

- 6/30/16 - CAMILLE CAME IN LATE (9:15), THEN TOOK A LONG LUNCH (11:45-2:10) & LEFT EARLY (3:00) TO TRAVEL TO ESSEX CO. W/ RICHARD ERNST FOR A POLITICAL EVENT. ALSO, I OVERHEARD R. ERNST TELL CAMILLE THAT HE'D TEXTED STACEY DIRECTIONS & HAD DECIDED WHERE TO MEET TO GO TO ESSEX CO. DURING THE WORK DAY (11:45 AM & 2:10 PM) FOR TRAVEL TO POLITICAL EVENT. THEY LEFT THE OFFICE AT 3:00 PM. TO TRAVEL TO ESSEX CO. AFTER MTG./PICKING UP OTHERS, ETC.

- 7/1/16 - CAMILLE & R. ERNST DISCUSSED PAST & FUTURE POLITICAL EVENTS THEY DID & WILL ATTEND INCLUDING: PARADES, TOWN HALL MTGS., COUNTY FAIRS, ETC. & VIEWED PICTURES ON FACEBOOK. CAMILLE DISCUSSED UPCOMING POLITICAL CAMPAIGN FUNDRAISER SHE WAS HAVING (WILL BE 7/12/16) W/ R. ERNST AT A WINE BAR (?) IN SCHENECTADY.

- 7/5/16 - CAMILLE SENT E-MAIL THAT SHE WAS COMING IN LATE, BUT THEN E-MAILED LATER THAT SHE WAS TAKING THE DAY OFF. SHE'D ALSO E-MAILED R. ERNST THIS INFO. & HE STATED THAT SHE WAS EXHAUSTED FROM A HECTIC WEEKEND OF POLITICAL CAMPAIGNING. R. ERNST THEN SHOWED ONLINE/FACEBOOK PICTURES OF POLITICAL EVENTS SHE'D ATTENDED OVER THE WEEKEND ON HIS PERSONAL CELL PH.

- 7/21/16 - CAMILLE ARRIVED (AT 9:15) LATE WITHOUT A CALL OR E-MAIL INDICATING THAT SHE WOULD BE LATE. CAMILLE & RICHARD ERNST DISCUSSED POLITICAL CONTACTS & SHARED TEXTS REGARDING CAMPAIGN CONTRIBUTIONS/FUNDS (9:30-9:45 AM

DEFS000725



New York State Department of Taxation and Finance
Office of Internal Affairs

**Affidavit Continuation**

OIA-23-C
(1/14)

Affiant's name: LYNN A. RIVERS
Affiant's initials: LR
Page 5 of 5   Date 8-9-16
Witness's initials: AD

- 7/25/16: CAMILLE & RICHARD ERNST ("RICHARD") CONTINUED TO DISCUSS POLITICAL EVENTS SCHEDULED FOR THE UPCOMING WEEKEND THAT THEY WILL ATTEND TOGETHER & MADE TRAVEL PLANS FOR SAME (10:00 - 10:45 A.M.)

- 7/25/16 - CAMILLE & RICHARD TALKED ABOUT CONVERSATIONS & TEXTS W/ STACEY REGARDING CAMILLE'S POLITICAL CAMPAIGN & THEIR TRIP TO THE SARATOGA COUNTY FAIR OVER THE PREVIOUS WEEKEND.

- 7/26/16 CAMILLE & RICHARD DISCUSSED HER POLITICAL CAMPAIGN & STRATEGIES/STAFF IN HIS OFFICE (8:45-9:00 A.M.) RICHARD RECEIVED A LETTER (ADDRESSED TO HIM AT HIS OFFICE AT WORK) TO VOUCH FOR/BE A REFERENCE FOR CAMILLE (SEE ATTACHED.) THEY ALSO DISCUSSED UPCOMING POLITICAL EVENTS/TRAVEL IN HER OFFICE (11:30-11:50 A.M.) RICHARD MADE CALLS FROM HIS PERSONAL CELL PHONE, IN HIS OFFICE, DURING WORK HOURS (11:45-12:15) REGARDING AN UPCOMING POLITICAL EVENT.

- 7/27/16 - CAMILLE LEFT EARLY (4:00) TO TRAVEL TO GOUVERNEUR, NY FOR A POLITICAL DINNER EVENT.

- 8/4/16 - RICHARD RECEIVED A CALL (SEE PHONE MESSAGE ATTACHED) AT 1:33 P.M. ON HIS MAIN/PUBLISHED OFFICE PHONE NO. FOR OFFICE OF PROFESSIONAL RESPONSIBILITY ("OPR"), FROM LAURIE PARO (315-854-4036) WHO IS W/ THE INDEPENDENT JUDICIAL ELECTION QUALIFICATION COMMISSION REGARDING CAMILLE GIVING HIS NAME AS A REFERENCE.

# Exhibit C



**Camille Siano Enders**
FOR SUPREME COURT

*You are cordially invited to support*

# Camille Siano Enders

candidacy for Supreme Court Justice Fourth Judicial District
at a meet and greet in her honor
Thursday, August 18 5:30 - 7:30p.m.

Please join us at the home of
Stacey Dailey Roussin
178 Tygert Road
Voorheesville, New York

*Suggested Donation:*
*Patron- $250*
*Friend- $100*
*Supporter- $45*
*Builder- $25*
*Donations will be accepted the night of the event or can be made at camillese.com*

---

## Camille Siano Enders
for Supreme Court Justice Fourth Judicial District
Please reply by August 12, 2016

M_____

_____ of people attending          $_____ enclosed

___Sorry I cannot attend, please accept my donation of $_____.
(Make checks payable to Camille Siano Enders for Supreme Court)

178 Tygert Road • Voorheesville, NY 12186

Please RSVP to Stacey at 518.229.4636
Stacey.Roussin@gmail.com or mail Invite response portion

DEFS000729



ALBANY NY 122
13 AUG 2016 PM 1 L

Lynn Rivers
███████████
Scotia, New York 12302

12302-531011

Camille Siano Enders
for Supreme Court
c/o Stacey Dailey, Treasurer
178 Tygert Road
Voorheesville, NY 12186

DEFS000730