UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CAMILE SIANO ENDERS,

                              *Plaintiff,*

      -against-

JERRY BOONE, et al.

                              *Defendants.*

**DECLARATION**

19-CV-00948
(BKS/CMF)

---

       Lisa Surprenant, on the date noted below and pursuant to 28 U.S.C. §1746, declares the following to be true and correct under penalty of perjury under the laws of the United States:

       1.    I am not a Defendant in this action, but I submit this declaration in support of the Defendants' motion for summary judgment.

       2.    This declaration is based upon my personal knowledge and my review of the exhibits to this declaration.

       3.    I work at the New York State Department of Taxation and Finance ("DTF") as an administrative assistant.

       4.    I worked directly for Plaintiff Camile Siano Enders while she served as the Deputy Commissioner and Taxpayer Advocate.

       5.    On multiple occasions in the spring and summer of 2016, Plaintiff stopped by my desk at DTF to discuss her political campaign.

       6.    On one of those occasions, Plaintiff asked me if my husband had friended the Facebook account of her political campaign.

7. On July 13, 2016, while I was at work at DTF, Plaintiff asked me if I received an invitation to her fundraiser for her political campaign, which was held on July 12, 2016. I said no, and Plaintiff became very upset.

8. The next morning, Deputy Commissioner Richard Ernst approached my desk and asked if I received an invitation to Plaintiff's political campaign fundraiser. I said no. Deputy Commissioner Ernst asked me if I needed the address to pledge to Plaintiff's campaign, and I said no and that I did not participate in or contribute to political campaigns.

9. On July 14, 2016, I wrote an affidavit about Plaintiff for DTF's Office of Internal Affairs. A true and correct copy my affidavit is attached to this declaration as **Exhibit A**.

10. In early August 2016, I received at my home address an invitation for a fundraiser Plaintiff's political campaign. The invitation suggested a donation of between $25 to $250. A true and correct copy the invitation and the envelope in which I received it is attached to this declaration as **Exhibit B**.

11. I was approached by two Deputy Commissioners on two separate days to donate to Plaintiff's political campaign. Although this made me uncomfortable, I declined both requests. Even though I made clear I did not want to donate to or participate in Plaintiff's campaign, I still received a solicitation at my home for me to donate to Plaintiff's campaign.

12. I accordingly ask the Court to grant Defendants' motion for summary judgment in its entirety.

*Lisa M. Surprenant*
LISA SURPRENANT

Dated: July 18, 2022
         Albany, New York

2

# Exhibit A



New York State Department of Taxation and Finance
Office of Internal Affairs

OIA-23
(1/14)

## Affidavit

State of New York
County of __Albany__

Page 1 of __2__

I, __Lisa M. Surprenant__, Date of birth ▇▇/▇▇/62, state that:

I reside at __Bldg. #9, Rm. 239, Office of the Taxpayer Right.__ I am an Admin. Assistant. Gr. 18 for 2 yrs. For NYS. Dept. of Tax & Fin. On 7/14/16 at approx. 8:15 AM. Richard Ernst approached my desk and asked me if I had rec'd an invitation to Camille Siano Enders Political Campaign Fundraiser. I stated that I did not. He then asked if I needed the address to pledge to her campaign. I immediately said no, I do not participate in any Political Campaigns or contribute to fundraisers of the same. He had his cell phone in his hand at the time and when he asked, looked like he was ready to pull up the campaign address to share with me if I had answered yes to his question. This made me very uncomfortable and I immediately reported this

I have read the foregoing statement consisting of __2__ page(s). I made this statement freely and voluntarily, without any threats or rewards or promises of reward having been made to me in return for it.

I understand that knowingly making a false written statement is punishable as a Class A Misdemeanor pursuant to section 210.45 of the New York State Penal Law.

Subscribed and sworn to before me this __14__ day of __July__, 20__16__
at __WA Harriman Campus Bld 9, Rm 938 Albany NY__

Name: Michele Somylofske
Signature: [signed]
Title: Criminal Investigator

Signature of affiant: Lisa M. Surprenant

Printed name of witness: Scott Gulick
Signature of witness: [signed]

DEFS000787



New York State Department of Taxation and Finance

Office of Internal Affairs

OIA-23-C
(1/14)

## Affidavit Continuation

Affiant's name: Lisa M. Surprenant

Page 2 of 2    Date 7/14/16

Affiant's initials: LMS

Witness's initials: SG

to my Supervisor Margaret Neri when she arrived at work, approximately 8:40 AM. I have also been asked by Camille Siano Enders on 7/13/16 if I had received an invitation to her Campaign fundraiser which had occurred the evening before her request (7/12/16). I said no, I have not and that I did not know anything about the event. She was very upset and stated my name and address had been given to one of her volunteers who would be sending the invitations out. I have on several occasions had Camille stop at my desk and talk about her campaign. She mentions how tired she is and how much traveling she does to attend all the events. On one occasion she asked me if my husband had friended her Campaign Facebook account. I said no. She did not ask me why because she was texting someone, as she tried to have a conversation with me. Many times when she stops to chat she is texting. She has made comments that she wished the person would ask her the questions when she is present at the events and not when she is working.

Lisa M. Surprenant

DEFS000788

# Exhibit B

ALBANY NY 120
02 AUG 2015 PM 2 L

Lisa Surprenant
[REDACTED]
Cohoes, New York 12047

Camille Siano Enders
for Supreme Court
c/o Stacey Dailey, Treasurer
178 Tygert Road
Voorheesville, NY 12186

DEFS000731



**Camille Siano Enders**
FOR SUPREME COURT

*You are cordially invited to support*

# Camille Siano Enders

candidacy for Supreme Court Justice Fourth Judicial District
at a meet and greet in her honor
Thursday, August 18 5:30 - 7:30p.m.

Please join us at the home of
Stacey Dailey Roussin
178 Tygert Road
Voorheesville, New York

*Suggested Donation:*
*Patron- $250*
*Friend- $100*
*Supporter- $45*
*Builder- $25*
*Donations will be accepted the night of the event or can be made at camillese.com*

---

## Camille Siano Enders
for Supreme Court Justice Fourth Judicial District
Please reply by August 12, 2016

M_____

_____ of people attending            $_____ enclosed

____Sorry I cannot attend, please accept my donation of $_____.
(Make checks payable to Camille Siano Enders for Supreme Court)

178 Tygert Road • Voorheesville, NY 12186

Please RSVP to Stacey at 518.229.4636
Stacey.Roussin@gmail.com or mail Invite response portion

DEFS000732